BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email: Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-00409 WHA |
|---|---|---|
| v. | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| LESLIE JAMES MCNEAL, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on September 8, 2015 at 2:00 p.m. for a status hearing. Mr. McNeal was present and in custody and represented by Assistant Federal Defender Brandon LeBlanc. Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the government, and for continuity of counsel, because a new assistant federal public defender will soon be appointed to represent McNeal.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for October 6, 2015 at 2:00 p.m., with the understanding that the parties would submit a

1  Stipulation and Proposed Order excluding time.

2      3.   The parties now formalize their request for a continuance of this matter to October 6,
3  2015 at 2:00 p.m. for a further status conference, and respectfully submit and agree that the period from
4  September 8, 2015 through and including October 6, 2015 should be excluded from the otherwise
5  applicable Speedy Trial Act computation because the continuance is necessary for effective preparation
6  of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for
7  exclusion will allow McNeal's newly appointed assistant federal public defender to review the discovery
8  provided by the Government.

9      IT IS SO STIPULATED.

10

11  DATED:  September 8 2015                             BRIAN J. STRETCH
                                                        Acting United States Attorney
12

13                                                              /s/
                                                        MICHAEL MAFFEI
14                                                      Assistant United States Attorney

15

16  DATED:  September 8, 2015

17

18                                                              /s/
                                                        BRANDON LEBLANC
19                                                      Counsel for the Defendant

20

21                                      [~~PROPOSED~~] ORDER

22      Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
23  served by granting a continuance from September 8, 2015 through and including October 6, 2015
24  outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such
25  a continuance would unreasonably deny the defendant the reasonable time necessary for effective
26  preparation, taking into account the exercise of due diligence.
27  //
28  //

STIP. AND ORDER EXCLUDING TIME            2
CR 15-00409 WHA

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on October 6, 2015 at 2:00 p.m. for a status hearing.

2. The period from September 8, 2015 through and including October 6, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: September 16, 2015.

_____
HON. WILLIAM H. ALSUP
United States District Judge