| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | MICHAEL MAFFEI (CABN 240978)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7246<br>Fax: (415) 436-7207 |
| 8 | Email:  Michael.Maffei@usdoj.gov |
| 9 | Attorneys for United States of America |

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7246
Fax: (415) 436-7207
Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-00409 WHA |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER<br>) EXCLUDING TIME FROM OTHERWISE |
| LESLIE JAMES MCNEAL, | ) APPLICABLE SPEEDY TRIAL ACT<br>) CALCULATION |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on October 6, 2015 at 2:00 p.m. for a status hearing. Mr. McNeal was present and in custody and represented by Assistant Federal Defender Ellen Leonida. Assistant United States Attorney Jeffrey Shih appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the government.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for November 10, 2015 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to November 10,

2015 at 2:00 p.m. for a further status conference, and respectfully submit and agree that the period from October 6, 2015 through and including November 10, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow McNeal's newly appointed assistant federal public defender to review the discovery provided by the Government.

       IT IS SO STIPULATED.

DATED:  October 6, 2015                              BRIAN J. STRETCH
                                                                Acting United States Attorney

                                                                /s/
                                                                MICHAEL MAFFEI
                                                                Assistant United States Attorney

DATED:  October 6, 2015

                                                                /s/
                                                                ELLEN LEONIDA
                                                               Counsel for the Defendant

## [~~PROPOSED~~] ORDER

       Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from October 6, 2015 through and including November 10, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//

//

//

//

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on November 10, 2015 at 2:00 p.m. for a status hearing.

2. The period from October 6, 2015 through and including November 10, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: October 19, 2015.

HON. WILLIAM H. ALSUP
United States District Judge