1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7246
7      Fax: (415) 436-7207
       Email:  Michael.Maffei@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA       )  CASE NO. CR 15-00409 WHA
                                   )
14      v.                         )  STIPULATION AND [PROPOSED] ORDER
                                   )  EXCLUDING TIME FROM OTHERWISE
15  LESLIE JAMES MCNEAL,           )  APPLICABLE SPEEDY TRIAL ACT
                                   )  CALCULATION
16      Defendant.                 )
                                   )
17

18                              **STIPULATION**

19      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20      1.     The parties appeared before the Court on November 10, 2015 at 2:00 p.m. for a status

21  hearing. Mr. McNeal was present and in custody and represented by Assistant Federal Defender Ellen

22  Leonida. Assistant United States Attorney Marc Wolf appeared for the Government. The parties agreed

23  to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to

24  allow defense counsel to review the discovery provided by the government.

25      2.     Accordingly, with the parties' agreement as to the new date, the Court scheduled a jury

26  trial for April 4, 2016 at 7:30 a.m., with the understanding that the parties would submit a Stipulation

27  and Proposed Order excluding time.

28      3.     The parties now formalize their request for a continuance of this matter to April 4, 2016

STIP. AND ORDER EXCLUDING TIME                1
CR 15-00409 WHA

at 7:30 a.m. for jury trial, and respectfully submit and agree that the period from November 10, 2015 through and including April 4, 2016 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow McNeal's newly appointed assistant federal public defender to review the discovery provided by the Government.

IT IS SO STIPULATED.

DATED:  December 11, 2015                    BRIAN J. STRETCH
                                             Acting United States Attorney

                                                      /s/
                                             MICHAEL MAFFEI
                                             Assistant United States Attorney

DATED:  December 11, 2015

                                                      /s/
                                             ELLEN LEONIDA
                                             Counsel for the Defendant

## [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from November 10, 2015 through and including April 4, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//
//
//
//

STIP. AND ORDER EXCLUDING TIME            2
CR 15-00409 WHA

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on April 4, 2016 at 7:30 a.m. for jury trial.

2. The period from November 10, 2015 through and including April 4, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: December 16, 2015.    
_____
HON. WILLIAM ALSUP
United States District Judge