BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 15-00409 WHA |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| LESLIE JAMES MCNEAL, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.    The parties appeared before the Court on February 2, 2016 at 2:00 p.m. for a status hearing.  Mr. McNeal was present and in custody and represented by Kenneth Wine.  Assistant United States Attorney Michael Maffei appeared for the Government.  The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the government.

2.    Accordingly, with the parties' agreement as to the new date, the Court scheduled a change of plea or trial setting date for March 1, 2016 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3.    The parties now formalize their request for a continuance of this matter to March 1, 2016

1   at 2:00 p.m. for a change of plea or trial setting, and respectfully submit and agree that the period from

2   February 2, 2016 through and including March 1, 2016 should be excluded from the otherwise

3   applicable Speedy Trial Act computation because the continuance is necessary for effective preparation

4   of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for

5   exclusion will allow Mr. McNeal's newly appointed attorney to review the discovery in this case.

6         IT IS SO STIPULATED.

7

8   DATED:  February 2, 2016               BRIAN J. STRETCH
                                       Acting United States Attorney

9

10                                            /s/

11                                      MICHAEL MAFFEI
                                      Assistant United States Attorney

12

13   DATED:  February 2, 2016

14

15                                          /s/
                                      KENNETH WINE

16                                      Counsel for the Defendant

17

18                        **[~~PROPOSED~~] ORDER**

19         Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

20   served by granting a continuance from February 2, 2016 through and including March 1, 2016 outweigh

21   the best interest of the public and the defendant in a speedy trial, and that failure to grant such a

22   continuance would unreasonably deny the defendant the reasonable time necessary for effective

23   preparation, taking into account the exercise of due diligence.

24   //

25   //

26   //

27   //

28   //

1    Accordingly, THE COURT ORDERS THAT:

2    1.    The parties shall appear before the Court on March 1, 2016 at 2:00 p.m. for a change of

3    plea or trial setting.

4    2.    The period from February 2, 2016 through and including March 1, 2016 is excluded from

5    the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &

6    (B)(iv).

7    IT IS SO ORDERED.

8

9    DATED:  February 8, 2016.

10   _____
     HON. WILLIAM ALSUP
     United States District Judge