BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-00409 WHA |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| LESLIE JAMES MCNEAL, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on March 1, 2016 at 2:00 p.m. for a status hearing. Mr. McNeal was present and in custody and represented by Kenneth Wine. Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the government.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled a change of plea or trial setting date for March 15, 2016 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to March 15,

1  2016 at 2:00 p.m. for a change of plea or trial setting, and respectfully submit and agree that the period
2  from March 1, 2016 through and including March 15, 2016 should be excluded from the otherwise
3  applicable Speedy Trial Act computation because the continuance is necessary for effective preparation
4  of counsel, taking into account the exercise of due diligence. Specifically, the time requested for
5  exclusion will allow Mr. McNeal's newly appointed attorney to review the discovery in this case.
6        IT IS SO STIPULATED.

8  DATED: March 1, 2016                    BRIAN J. STRETCH
                                           Acting United States Attorney

10                                                 /s/
                                           MICHAEL MAFFEI
11                                         Assistant United States Attorney

13  DATED: March 1, 2016

15                                                 /s/
                                           KENNETH WINE
                                           Counsel for the Defendant

18                    **[PROPOSED] ORDER**

19        Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
20  served by granting a continuance from March 1, 2016 through and including March 15, 2016 outweigh
21  the best interest of the public and the defendant in a speedy trial, and that failure to grant such a
22  continuance would unreasonably deny the defendant the reasonable time necessary for effective
23  preparation, taking into account the exercise of due diligence.
24  //
25  //
26  //
27  //
28  //

STIP. AND ORDER EXCLUDING TIME          2
CR 15-00409 WHA

1    Accordingly, THE COURT ORDERS THAT:

2    1.   The parties shall appear before the Court on March 15, 2016 at 2:00 p.m. for a change of
3    plea or trial setting.

4    2.   The period from March 1, 2016 through and including March 15, 2016 is excluded from
5    the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
6    (B)(iv).

7    IT IS SO ORDERED.

9    DATED:  March 8, 2016.



HON. WILLIAM ALSUP
United States District Judge

STIP. AND ORDER EXCLUDING TIME            3
CR 15-00409 WHA