UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 15, 2016     **Time:** 24 minutes     **Judge:** WILLIAM ALSUP
2:59 p.m. to 3:23 p.m.

**Case No.:** 15-cr-00409-WHA-1     **Case Name:** UNITED STATES v. McNeal

**Attorney for Plaintiff:** Michael Maffei
**Attorney for Defendant:** Kenneth Wine
Defendant Leslie **James McNeal** - present, in custody

**Deputy Clerk:** Jean Davis     **Court Reporter:** Kelly Polvi
**Interpreter:** n/1     **Probation Officer:**

**PROCEEDINGS**

Reason for hearing:  Change of Plea - HELD

Result of hearing:  Defendant signed a Plea Agreement which was filed in open court and entered a guilty plea as to Counts One and Two of the Indictment. Court accepted the plea and adjudged the defendant convicted. Matter referred to probation for preparation of presentence report.

**CASE CONTINUED TO: June 21, 2016 at 2:00 p.m. for Sentencing.**