BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    FAX: (415) 436-7027
    michael.maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-00409 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION, AND REQUEST TO VACATE RESTITUTION HEARING |
| v. | |
| LESLEY JAMES MCNEAL, | |
| Defendant. | |

STIP. AND [PROPOSED] ORDER RE: RESTITUTION
CR 15-00409 WHA

The United States of America and Lesley James McNeal (hereinafter "Defendant"), by and through the parties' respective attorneys, Michael Maffei, Assistant United States Attorney, and Kenneth Wine, Attorney for Defendant, have entered into this Stipulation to set restitution in this matter. The terms of the Stipulation are as follows:

1. On March 15, 2016, Defendant pleaded guilty to Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B). Defendant agreed to pay restitution to any victims of his crimes.

2. On June 21, 2016, the Court held a sentencing hearing and sentenced Defendant to 210 months' imprisonment. The Court ordered Defendant to pay restitution to three victims in the amount of $2,500 per victim, with an additional amount to be determined for the victims who recently submitted claims for restitution. The Court set a restitution hearing for September 20, 2016, which would be vacated if the parties submitted a stipulation and proposed order regarding the remaining restitution.

3. Attorney Tanya Hankins represents the victims John Does I-V in the "8Kids" child pornography series. On behalf of those victims, she has agreed to withdraw her request for restitution.

4. Attorney Hasti Barahmand represents the victim "Jane" in the "Cinder Block Blue" child pornography series. On behalf of that victim, she has agreed to an amount of restitution of $2,500. Defendant agrees to pay this amount of restitution.

5. Edwin Rosas, the father of "Minor 1," the named victim in Count One, will not be submitting a claim for restitution in this case.

6. The government supports these agreements regarding the resolution of the restitution requests.

7. The amount of restitution comports with Defendant's role in the causal process, is suited to the size of that role, the amount is not a nominal amount, and is reasonable and substantial enough to impress upon Defendant that child pornography offenses affect real victims.

8. Defendant agrees that restitution payments shall be made to the Clerk of Court, United States District Court, Northern District of California, Box 36060, San Francisco, California, who shall make payment to The Marsh Law Firm PLLC, ATTN: Jane, PO Box 4668 #65135, New York, NY 10163-4668, the respective trust account of counsel for the victim "Jane."

9. Defendant agrees that he will notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 450 Golden Gate Avenue, San Francisco, California, 94102, within (A) thirty (30) days of any change of name, residence, or mailing address; and (B) any material change in economic circumstances that affects the ability to pay restitution.

10. The parties agree that no delinquent or default penalties will be imposed except upon Order of the Court.

11. For the reasons and stipulations set forth herein, the parties agree and recommend that the Court order Defendant to pay restitution in the amount of $2,500 to the victim "Jane" from the "Cinder Block Blue" child pornography series.

12. The parties stipulate that the Final Judgment issued in this case shall be amended to reflect victim "Jane" with a loss amount of $2500 and to increase Defendant's owed Restitution amount to $10,000. The parties further stipulate that this Restitution Order shall become part of the final Judgment in this case.

13. In light of this Stipulation and Order, the parties agree to request that the Court vacate the currently-scheduled Restitution hearing set for September 20, 2016.

SO STIPULATED.

DATED: August 30, 2016                    Respectfully submitted,

                                          BRIAN J. STRETCH
                                          United States Attorney

                                          /s/
                                          MICHAEL MAFFEI
                                          Assistant United States Attorney

DATED: August 30, 2016

                                          /s/
                                          KENNETH WINE
                                          Counsel for Defendant Lesley James McNeal

STIP. AND [PROPOSED] ORDER RE: RESTITUTION
CR 15-00409 WHA

[PROPOSED] ORDER

Pursuant to the Stipulation above, IT IS ORDERED THAT:

1. Defendant Lesley James McNeal shall pay $2,500 in restitution to the victim "Jane" from the "Cinder Block Blue" child pornography series;

2. The Final Judgment shall be amended to reflect victim "Jane" with a loss amount of $2,500 and to increase Defendant's ordered restitution to $10,000. Restitution shall be due immediately;

3. Restitution shall be due and payable within sixty days to the Clerk of Court, United States District Court, Box 36060, Northern District of California, San Francisco, California, payable to The Marsh Law Firm PLLC, ATTN: Jane, PO Box 4668 #65135, New York, NY 10163-4668, the respective trust account of counsel for the victim "Jane" of the child pornography series "Cinder Block Blue";

4. Defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 450 Golden Gate Avenue, San Francisco, California 94102, of (A) any change of name, residence, or mailing address; and (B) any material change in economic circumstances that affects the ability to pay restitution;

5. No delinquent or default penalties will be imposed except upon Order of the Court;

6. The restitution hearing currently set for September 20, 2016 in this case shall be vacated in light of the Stipulation, and

7. This Order shall be deemed part of the Judgment entered in this case.

IT IS SO ORDERED.

DATED: September 2, 2016.

HON. WILLIAM ALSUP
United States District Judge

STIP. AND [PROPOSED] ORDER RE: RESTITUTION
CR 15-00409 WHA