UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) <br>    Plaintiff,    )<br>            )<br>    v.        )<br>            )<br>LESLEY JAMES MCNEAL,    )<br>            )<br>    Defendant.    )<br>_____ ) | CASE NO.: CR 15-0409 WHA<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on March 15, 2016, wherein the defendant LESLEY JAMES MCNEAL agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853:

  a.  Samsung Galaxy Lite cellphone;

  b.  Two pairs of children's underwear;

  c.  Six DVDs labeled "naughty little nymphes";

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0409 WHA                                                               1

1     d. Two pairs of children's underwear;

2     e. One CD labeled "VID SLOTS 12-06-08";

3     f. One thumb drive;

4     g. Six photos of female children;

5     h. Seven CDs in a plastic holder;

6     i. One CD;

7     j. Twenty-eight CD's labeled "Asian PTHC";

8     k. Fifteen CDs;

9     l. One thumb drive, Sandisk Cruzer 2.0 GB;

10     m. One CD labeled "04-04-11" "MRV VID FILES";

11     n. One CD labeled "09-10-09" "MRV VID FILES LITTLE MOSCOW";

12     o. Film negatives of children;

13     p. One thumb drive, Sandisk Cruzer;

14     q. One notebook with handwritten child pornography terms;

15     r. 100+ CDs with handwritten child pornography terms;

16     s. One Toshiba laptop;

17     t. One Cooler Master desktop computer; and

18     u. One Gateway desktop computer.

19     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize
20 the forfeited property forthwith and publish for at least thirty days on the government website
21 www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in
22 such manner as the Attorney General may direct, and notice that any person, other than the defendant,
23 having or claiming a legal interest in the property must file a petition with the Court and serve a copy on
24 government counsel within thirty (30) days of the final publication of notice or of receipt of actual
25 notice, whichever is earlier;

26     IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,
27 locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
28 Rules of Criminal Procedure; and

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0409 WHA                                                  2

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this  2   day of   September    2016.

WILLIAM ALSUP
United States District Judge