UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-0409 WHA |
| Plaintiff, | ) ) ) | [PROPOSED] **FINAL ORDER OF FORFEITURE** |
| v. | ) ) | |
| LESLEY JAMES MCNEAL, | ) ) | |
| Defendant. | ) ) | |

On September 02, 2016, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Lesley James McNeal, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853:

   a. Samsung Galaxy Lite cellphone;

   b. Two pairs of children's underwear;

   c. Six DVDs labeled "naughty little nymphes";

   d. Two pairs of children's underwear;

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0409 WHA                                                    1

  e. One CD labeled "VID SLOTS 12-06-08";

  f. One thumb drive;

  g. Six photos of female children;

  h. Seven CDs in a plastic holder;

  i. One CD;

  j. Twenty-eight CD's labeled "Asian PTHC";

  k. Fifteen CDs;

  l. One thumb drive, Sandisk Cruzer 2.0 GB;

  m. One CD labeled "04-04-11" "MRV VID FILES";

  n. One CD labeled "09-10-09" "MRV VID FILES LITTLE MOSCOW";

  o. Film negatives of children;

  p. One thumb drive, Sandisk Cruzer;

  q. One notebook with handwritten child pornography terms;

  r. 100+ CDs with handwritten child pornography terms;

  s. One Toshiba laptop;

  t. One Cooler Master desktop computer; and

  u. One Gateway desktop computer.

 The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petition claiming the property has been filed.

 **THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853 and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: December 20, 2016.

_____
WILLIAM ALSUP
United States District Judge